IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNNY L. MCDONALD                                                PLAINTIFF

v.                            No. 3:21-cv-14-DPM

NEWPORT HOUSING AUTHORITY                              DEFENDANT

## JUDGMENT

McDonald's complaint is dismissed with prejudice. The Court retains jurisdiction until 12 January 2024 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 December 2023